**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-7040**

—————————

DIEUNIOUS CADEJUSTE,

Petitioner - Appellant,

versus

GEORGE KALOROUMAKIS; JOSEPH CURRAN, The At-
torney General of the State of Maryland,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Harvey II, Senior District
Judge.  (CA-99-2299-H)

—————————

Submitted:  September 21, 2000      Decided:  September 29, 2000

—————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Dieunious Cadejuste, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, Jason Trumpbour, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dieunious Cadejuste seeks to appeal the district court's order denying his motion construed as a Fed. R. Civ. P. 60(b) motion for reconsideration based on newly discovered evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal based on the reasoning of the district court. See Cadejuste v. Kaloroumakis, No. CA-99-2299-H (D. Md. July 10, 2000). We further deny Cadejuste's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED